NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUSTED KNIGHT CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellee*

---

2021-2274

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00323.

---

**JUDGMENT**

---

WILLIAM W. FLACHSBART, Dunlap Bennett & Ludwig PLLC, Chicago, IL, argued for appellant.  Also represented by ROBERT GREENSPOON.

JOHN THOMAS MCKEE, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellee.  Also represented by JAMES M. GLASS, ALEXANDER RUDIS; DAVID A. NELSON, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 7, 2022          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court